UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TACUMA J. M'WANZA-EL, | Case No. 3:19-cv-00679-MMD-WGC |
|---|---|
| Plaintiff | ORDER |
| v. | |
| SCOTT DAVIS et al., | |
| Defendants | |

## I. DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. The Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner on or before Monday, November 30, 2020, or pay the full filing fee of $400.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before Monday, November 30, 2020, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case may be subject to dismissal without prejudice.

DATED THIS 27th day of October 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE