UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TACUMA J. M'WANZA-EL,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>SCOTT DAVIS et al.,<br><br>　　　　　Defendants | Case No.  3:19-cv-00679-MMD-WGC<br><br>ORDER |

**I.　DISCUSSION**

On October 27, 2020, the Court denied Plaintiff's application to proceed *in forma pauperis* for prisoners as moot because Plaintiff was no longer incarcerated.  (ECF No. 4).  The Court directed Plaintiff to file an application to proceed *in forma pauperis* for non-prisoners by November 30, 2020.  (*Id.*)

On November 17, 2020, Plaintiff filed a motion for reconsideration and/or a motion for extension of time.  (ECF No. 5).  In the motion, Plaintiff states that he is now incarcerated at the Washoe County Jail and seeks an extension of time to get another application to proceed *in forma pauperis* from the jail.  (*Id.*)

The Court grants the motion for reconsideration.  Because Plaintiff is incarcerated again, the Court will accept Plaintiff's original application to proceed *in forma pauperis* for prisoners (ECF No. 1).  The Court will reinstate the original application as an active, pending motion.

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the motion for reconsideration (ECF No. 5) is granted.

It is further ordered that the Clerk of the Court reinstate the application to proceed *in forma pauperis* (ECF No. 1) as an active, pending motion.

///

///

1    It is further ordered that the Court will screen Plaintiff's complaint (ECF No. 1-1) in
2 a separate order.

4    DATED THIS 19th day of November 2020.

_____
UNITED STATES MAGISTRATE JUDGE