AARON D. FORD
  Attorney General
KAYLA D. DORAME, Bar No. 15533
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail: kdorame@ag.nv.gov

*Attorneys for Defendant*
*Scott Davis*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TACUMA J. M'WANZA-EL,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT DAVIS, et al.,<br><br>Defendants. | Case No.  3:19-cv-00679-MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Tacuma J. M'Wanza-El, *pro se*, and Defendant Scott Davis, by and through counsel, Nevada Attorney General, Aaron D. Ford, and Deputy Attorney General, Kayla D. Dorame, that pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action should be dismissed in its entirety with prejudice by order of this Court.

///

///

///

///

///

///

///

///

///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the parties' settlement agreement, each party hereto shall bear its own attorney's fees and costs.

DATED this 13 day of July, 2022.

**DATED this 4th day of August, 2022**

AARON D. FORD
Attorney General

By: _____
TACUMA J. M'WANZA-EL (#1067911)
*Plaintiff, Pro Se*

By: */s/ Kayla D. Dorame*
KAYLA D. DORAME, Bar No. 15533
Deputy Attorney General

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
**U.S. DISTRICT JUDGE**

DATED   August 4, 2022

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of August, 2022, I caused to be served a copy of the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to:

Tacuma J. M'Wanza-El #1067911
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General